IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CASEY MICHAEL HOYLE,

        Plaintiff,

v.

DR. SHELTON; RN ROBERTS; RN
MANEY; DR. KELLY; DR. BEAMER;
NP FISHER; NP LOZIER; MS WETTLAUFER;
DR. SNIDER; RN GILLESPIE; MS. SHAW,

        Defendants.

Civ. No. 2:16-cv-1800-MK
ORDER

MCSHANE, Judge:

      Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 112), and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore*

*Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 112) is adopted in full. Defendants' motion for summary judgment (ECF No. 61) is GRANTED.

IT IS SO ORDERED.

DATED this 14th day of November, 2019.

                                                 /s/ Michael J. McShane
                                                          Michael McShane
                                               United States District Judge